```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  LAUREL J. MONTOYA
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT FOR THE
 9                     EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   NO. 1:04-mj-02147-DLB
                                 )
12              Plaintiff,       )   EX PARTE APPLICATION AND ORDER
                                 )   TO DISMISS COMPLAINT AND RECALL
13       v.                      )   ARREST WARRANT
                                 )
14  FATAH AL-ZUBAIR,             )
                                 )
15              Defendant.       )
                                 )
16
17       COMES NOW THE UNITED STATES OF AMERICA appearing through the
18  undersigned Assistant United States Attorney and moves this
19  Honorable Court for an order dismissing the complaint and
20  recalling the arrest warrant in the above-referenced case.
21       A complaint charging the defendant with violations of 21
22  U.S.C. §§ 846, 841(a)(1), and 841(c) Conspiracy to Possess
23  Pseudoephedrine with the Intent to Manufacture Methamphetamine and
24  Conspiracy to Manufacture Methamphetamine, was signed by The
25  Honorable Dennis L. Beck, United States Magistrate Judge, on July
26  16, 2004, in Fresno, California.  The defendant has not yet been
27  arrested on that complaint.
28  //
```

The defendant was not arrested when the co-defendants were arrested within the Eastern District of California and there is not sufficient identifying information regarding defendant Al-Zubair to assist in his apprehension.

Accordingly, the government respectfully submits that, in the interests of justice, the above-entitled complaint be dismissed as to defendant Al-Zubair, and the arrest warrant issued thereon, be recalled.

DATED: April 24, 2007

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

                              By: /s/ Laurel J. Montoya
                              Assistant U.S. Attorney

## ORDER

Upon application of the United States, and good cause having been shown therefor,

IT IS HEREBY ORDERED that the complaint signed by The Honorable Dennis L. Beck on July 16, 2004, bearing case number 1:04-mj-02147, and alleging violations of 21 U.S.C. §§ 846, 841(a)(1), and 841(c), is hereby DISMISSED as to defendant Al-Zubair and the corresponding arrest warrant RECALLED.

IT IS SO ORDERED.

Dated: **April 25, 2007**         **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE